UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

SIMPLER SOLAR SYSTEMS, INC.,                    Case No. 11-40909
                                                                                   Chapter 11

     Debtor.

_____

SIMPLER SOLAR SYSTEMS, INC.,

     Plaintiff,

v.                                                                                 ADV. PRO. NO. 11-04029

RENITTA KNIGHT CONSTRUCTION, LLC,             4:12cv468-WS
RENITTA KNIGHT, a/k/a/ RENITTA LUNDY,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 18) docketed January 4, 2013. The magistrate judge recommends that the motion to intervene filed by Douglas W. Lundy, Sr., be denied. Lundy has filed objections (doc. 22) to the report and recommendation.

Having reviewed the record in light of the objections, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is ADOPTED and incorporated by reference into this order.

2. The motion to intervene (doc. 15) filed by Douglas W. Lundy, Sr., is DENIED.

3. The case shall be remanded to the magistrate judge.

DONE AND ORDERED this   25th   day of   January  , 2013.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE